**Order filed October 22, 2015**



In The

# Fourteenth Court of Appeals

_____

NO. 14-15-00216-CR
NO. 14-15-00217-CR
NO. 14-15-00218-CR
NO. 14-15-00219-CR

_____

**RODNEY DEAN SEWELL, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 176th District Court
Harris County, Texas
Trial Court Cause Nos. 1402508, 1403353, 1408337, 1417442**

---

## ORDER

On October 12, 2015, the State filed a document entitled, "State's Waiver of Opportunity to Respond to Appellant's *Anders* Brief." Appellant did not file an *Anders* brief in these cases. Accordingly, we order the State's waiver **STRICKEN**.

The State's brief in these appeals is due by **November 23, 2015**.

PER CURIAM